080344.120

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHELL REED, Special Administrator of the Estate of TERRI REED, Deceased,

Plaintiffs,

v.

UNITED STATES OF AMERICA, MEDCENTRIX, f/n/a HEALTH DIRECTIONS, INC., an Illinois corporation, and INGALLS MEMORIAL HOSPITAL, an Illinois corporation,

Defendants.

No. 09 CV 5451
Honorable Suzanne B. Conlon

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective attorneys, that the above-entitled cause be dismissed as to Medcentrix f/n/a Health Directions, Inc., without prejudice and without costs to any party.

_____
James Navarre
Attorney for Plaintiff, MICHELL REED, Special Administrator of the Estate of TERRI REED, Deceased

_____
Sherri M. Arrigo
Attorney for Defendant, MEDCENTRIX

I.D. #32878
DONOHUE BROWN MATHEWSON & SMYTH LLC
Sherri M. Arrigo
Tanya A Poth
Michael P. Kelley
140 South Dearborn Street, Suite 800
Chicago, IL 60603
Telephone: (312) 422-0900
Facsimile: (312) 422-0909