# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5451 | **DATE** | 10/12/2010 |
| **CASE TITLE** | MICHELL REED v. UNITED STATES *et al.* | | |

**DOCKET ENTRY TEXT**

Defendant Ingalls Memorial Hospital's uncontested motion for partial summary judgment [41] is granted. Judgment is entered for Ingalls Memorial Hospital and against Michell Reed on Count II of the complaint with respect to the actual and apparent agency claims. The joint final pretrial order and agreed pattern jury instructions shall be presented on November 9, 2010, at 9:00 a.m. Plaintiff's draft pretrial order shall be presented to defendants by October 29, 2010. The case is placed on the November trial calendar.

*/s/ Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | air |
|---|---|---|