080344.300

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MICHELL REED, Special Administrator of the Estate of TERRI REED, Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, and INGALLS MEMORIAL HOSPITAL, an Illinois corporation, <br><br> Defendants. | No. 09 cv 5451 <br> Honorable Suzanne B. Conlon |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the Motion for a Good Faith Finding of Settlement and Order of Dismissal of INGALLS MEMORIAL HOSPITAL is granted. This Court enters a finding that the settlement was entered into in good faith.

IT IS FURTHER ORDERED that as to plaintiff, MICHELL REED, Special Administrator of the Estate of TERRI REED, Deceased, the claims against defendant, INGALLS MEMORIAL HOSPITAL, are dismissed, with prejudice, with each party to bear their own costs.

IT IS FURTHER ORDERED that this case will remain pending against all non-settling defendants specifically to the United States of America and that the dismissal of INGALLS MEMORIAL HOSPITAL, with prejudice, will not extinguish the causes of action by plaintiff, Michelle Reed, against all other non-dismissed parties, specifically THE UNITED STATES OF AMERICA, from liability or payment of any subsequent verdict or settlement in cause 09 cv 5451.

Date: 12/1/2010            ENTERED: _____
                                    Judge Suzanne B. Conlon

Sherri M. Arrigo (ARDC# 06236640)
Tanya E. Poth (ARDC# 06275713)
DONOHUE BROWN MATHEWSON & SMYTH LLC
140 South Dearborn Street, Suite 800, Chicago, IL 60603
Telephone: (312) 422-0900 / Facsimile: (312) 422-0909