UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHELL REED, Special Administrator of the Estate of TERRI REED, Deceased )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES OF AMERICA, )<br><br>Defendant. ) | Case No. 09-cv-5451<br><br>Judge Suzanne B. Conlon |

## STIPULATION TO DISMISS PURSUANT TO SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by their respective counsel of record, that all matters of controversy having been settled between the parties, and the Court being fully advised in the premises;

1. That this matter be dismissed with prejudice pursuant to settlement and without the assessment of costs; and

2. The court shall retain jurisdiction for purposes of enforcing the settlement and adjudication of liens.

IT IS FURTHER STIPULATED THAT an Order may be so entered without further notice.

Cogan & McNabola, P.C.

By: _____
Jim P. Navarre, Esq., Counsel for Plaintiffs

United States of America

By: _____
Kathryn Kelly, Counsel for U.S.A.

Michael P. Cogan, Esq.
Jim P. Navarre, Esq.
Cogan & McNabola, P.C.
55 W. Wacker Drive, Suite 900
Chicago, IL. 60601
(312) 629-2900