JN/jlr    8-89

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHELL REED, Special Administrator of the Estate of TERRI REED, Deceased | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 09-cv-5451 |
| UNITED STATES OF AMERICA and INGALLS MEMORIAL HOSPITAL, | ) ) ) | |
| Defendants. | ) ) | Judge Suzanne B. Conlon |

### ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND DISTRIBUTION OF PROCEEDS

Upon the petition of MICHELL REED, Special Administrator of the Estate of TERRI REED, deceased, for the entry of an Order approving the settlement and distribution against defendants, UNITED STATES OF AMERICA and INGALLS MEMORIAL HOSPITAL, in the amount of **$595,000.00**, the Court finds as follows:

IT IS HEREBY ORDERED THAT:

1. The settlement of **$595,000.00** is fair and reasonable.

2. The firm of Cogan & McNabola, P.C. is entitled to fees in the amount of ***$156,666.67*** calculated as 1/3 of the $95,000.00 settlement with INGALLS MEMORIAL HOSPITAL and 1/4 of the $500,000.00 settlement with UNITED STATES OF AMERICA as entered by this Court.

3. That the firm of Cogan & McNabola is entitled to reimbursement of expenses totaling ***$22,264.39*** attributable to the prosecution of the instant lawsuit as itemized below:

1

| | |
|---|---|
| 6/5/07 - E Production Group<br>Copies of medical records | $258.00 |
| 9/24/07 - Accurate Repro, Inc.<br>Copies of medical records | $102.04 |
| 11/5/07 - Midwest Medical Record Association<br>Copies of medical records from Ingalls Memorial | $75.37 |
| 11/6/07 - Midwest Medical Record Association<br>Copies of films from Ingalls Memorial | $63.25 |
| 6/4/08 - United Processing, Inc.<br>Investigative Services | $200.00 |
| 6/10/08 - Clerk of Circuit Court<br>File Complaint at Law | $549.00 |
| 7/2/08 - United Processing, Inc.<br>Service of Summons on Chicago Metro Obstetricians and Gynecologists | $106.50 |
| 7/2/08 - United Processing, Inc.<br>Service of Summons on Claud, M.D. | $203.00 |
| 7/2/08 - United Processing, Inc.<br>Investigation and Service on New Beginnings | $375.00 |
| 7/7/08 - United Processing, Inc.<br>Service of summons on Ingalls Memorial, MedCentrix, Family Christian Health, and Jamie Horn, M.D. | $538.00 |
| 8/6/08 - United Processing, Inc.<br>Service of Summons on Physicians and Surgeons for Women | $150.00 |
| 9/4/08 - 24/7 Discovere<br>Copies of medical records | $291.45 |
| 10/6/08 - 24/7 Discovere<br>Copies of medical records | $182.00 |

| | |
|---|---|
| 9/3/09 - US District Court<br>File Pleading | $521.00 |
| 9/4/09 - US District Court<br>File Pleading | $350.00 |
| 11/24/09 - US District Court<br>File Pleading | $350.00 |
| 12/2/09 - United Processing, Inc.<br>Service of Summons on U.S. Attorney | $100.00 |
| 12/2/09 - United Processing, Inc.<br>Service of Summons on Medcentrix and Ingalls | $300.00 |
| 2/2/10 - 24/7 Discovere<br>Copies of Medical records | $96.15 |
| 2/10/10 - 24/7 Discovere<br>Copies of medical records | $96.30 |
| 3/8/10 - June Thomas, RNC<br>Expert review | $452.08 |
| 5/7/10 - Marc Landon, M.D.<br>Expert review | $900.00 |
| 6/4/10 - McCorkle Court Reporting<br>Deposition of J. Horn, M.D. | $243.60 |
| 6/4/10 - McCorkle Court Reporting<br>Deposition of Claud, M.D. | $919.75 |
| 6/6/10 - June Thomas, RNC<br>Expert review | $364.58 |
| 6/9/10 - McCorkle Court Reporting<br>Depositions of L. Przybyla and D. Vulgamott, R.N. | $748.80 |
| 6/9/10 - Legalink Chicago<br>Depositions of M. Reed and G. Thomas | $379.80 |
| 7/7/10 - June Thomas, RNC<br>Expert review | $131.25 |

| | |
|---|---|
| 7/7/10 - June Thomas, RNC<br>Expert review | $568.75 |
| 8/5/10 - Marc Landon, M.D.<br>Expert review | $3,150.00 |
| 8/5/10 - 24/7 Discovere<br>Copies of medical records | $23.15 |
| 8/31/10 - Travel to Arizona<br>Deposition of Dr. Depp | $2,352.37 |
| 9/7/10 - Anderson Reporting<br>Deposition of Dr. Landon | $335.50 |
| 9/7/10 - Marc Landon, M.D.<br>Expert review | $1,350.00 |
| 9/7/10 - 24/7 Discovere<br>Copies of medical records | $11.50 |
| 9/7/10 - Central Reporters Association<br>Deposition of June Thomas, RNC | $211.20 |
| 9/7/10 - U.S. Legal Support<br>Copies of records from WW Holt Funeral Home | $53.00 |
| 9/7/10 - June Thomas, RNC<br>Expert review | $1,237.50 |
| 9/10/10 - U.S. Legal Support<br>Copies of records from Homewood Memorial Gardens | $83.00 |
| 10/4/10 - McCorkle Court Reporting<br>Deposition of Kathy Cavanaugh, RN | $543.05 |
| 11/2/10 - June Thomas, RNC<br>Expert review | $743.75 |
| 11/2/10 - McCorkle Court Reporting<br>Deposition of Dr. Depp | $771.70 |

| | |
|---|---|
| 3/1/11 - Trial Graphix<br>Expert Consultant | $675.00 |
| 3/7/11 - Don Crowe, Esq.<br>Probate filing fees | $208.00 |
| 3/14/11 - Marc Landon, M.D.<br>Expert review | $900.00 |

4. After the payment of attorney's fees and case expense the sum of *$416,068.94* would be available to MICHELL REED, Special Administrator of the Estate of TERRI REED, deceased.

5. The next-of-kin of the decedent and their respective percentages of dependency are as follows:

| | | |
|---|---|---|
| Michell Reed | Mother | 45% |
| Gregory Thomas | Father | 45% |
| Jordonnay Scott | Sister | 10% |

7. Based on the above-described degrees of dependency, the next-of-kin of Terri Reed, deceased, shall receive the following sums:

| | | |
|---|---|---|
| Michell Reed | Mother | $187,231.02 |
| Gregory Thomas | Father | $187,231.02 |
| Jordonnay Scott | Sister | $41,606.90 |

8. Subject to approval of the Probate Court, the sum of $41,606.90 shall be placed in an interest-bearing account in the name of Jordonnay Scott, a minor, with said funds not to be disbursed until Jordonnay Scott reaches the age of 18 on 12/15/17.

9. MICHELL REED, Special Administrator of the Estate of TERRI REED,

5

deceased, is hereby authorized to execute all release documents.

IT IS THEREFORE ORDERED that the settlement is approved and the Special Administrator is authorized to distribute the proceeds in accordance with the provisions of this order. IT IS FURTHER ORDERED THAT the settlement is approved provided that the settlement amount to Jordonnay Scott approved herein shall be paid only to a Guardian appointed by the Probate Division or Circuit where the minor person resides and this Order shall be effective only after the entry in the appropriated Probate Division of an Order approving the bond or other security required to administer the settlement.

ENTERED: March 29, 2011
JUDGE: Suzanne B. Carlon

**COGAN & McNABOLA, P.C.**
55 W. Wacker Drive - 9th Floor
Chicago, IL 60601
312/629-2900
Atty No: 29365

6